UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBY RAY HOYE,
    Plaintiff,

No. 1:07-cv-110

-v-

HONORABLE PAUL L. MALONEY

WILLIAM NELSON, ET AL.,
    Defendants.

## JUDGMENT

This court issued an order adopting a report and recommendation and granting Defendant Borges' and Defendant Meyer's motion for summary judgment. The order resolved the last pending claims in the case. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is **ENTERED** against Plaintiff Hoye and in favor of Defendants.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   January 14, 2010                                          /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              Chief United States District Judge